UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SHENA CARPENTER | CIVIL ACTION |
| VERSUS | NO. 21-328 |
| SOCIAL SECURITY ADMINISTRATION | SECTION "R" (1) |

## ORDER

This case is an appeal of the Commissioner of the Social Security Administration's (the "Commissioner") denial of plaintiff Shena Carpenter's claim for supplemental security income ("SSI"). On December 31, 2021, plaintiff filed a motion for summary judgment.[1] On February 2, 2022, the Commissioner filed a cross-motion for summary judgment.[2] On June 17, 2022, Magistrate Judge Janis van Meerveld issued a Report and Recommendation ("R&R"), recommending that the Court grant plaintiff's motion, deny defendant's cross-motion, and remand plaintiff's case to the Commissioner for further proceedings in accordance with the R&R.[3]

No party objected to the R&R. Therefore, the Court reviews the R&R for clear error. *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996); *see also* Fed. R. Civ. P. 72(b) advisory committee's note

---

[1]  R. Doc. 21.
[2]  R. Doc. 22.
[3]  R. Doc. 23 at 1.

(1983) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The Court finds no clear error. Therefore, the Court adopts Magistrate Judge van Meerveld's R&R as its opinion.

Accordingly, plaintiff's motion for summary judgment is GRANTED, and the Commissioner's motion for summary judgment is DENIED. The Court remands this case to the Commissioner for further proceedings in accordance with Magistrate Judge van Meerveld's recommendation.

New Orleans, Louisiana, this __12th__ day of July, 2022.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE